UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 14-0611 VAP (JCG) | Date | February 13, 2015 |
|---|---|---|---|
| Title | *Richard Anthony Fuentez v. County of San Bernardino, et al.* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Kristee Hopkins | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:  Attorneys Present for Defendants:

None Appearing  None Appearing

**Proceedings:**    **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER AND/OR PROSECUTE**

   On March 28, 2014, plaintiff Richard Anthony Fuentez ("Plaintiff"), proceeding *pro se*, filed a Complaint pursuant to 42 U.S.C. § 1983 and a Request to Proceed without Payment of Filing Fees. [Dkt. No. 1.]

   On April 10, 2014, the Court ordered Plaintiff to pay, in accordance with 28 U.S.C. § 1915 (the Prison Litigation Reform Act), an initial partial filing fee of $14.00. [Dkt. No. 2.] The Court further informed Plaintiff that (1) failure to pay the initial partial filing fee could result in dismissal of his case, and (2) thereafter, Plaintiff would be responsible for monthly installments toward the full $350.00 filing fee. [*Id.*]

   On June 5, 2014, the Court again ordered Plaintiff to pay the initial partial filing fee, and reminded him that he was responsible for monthly payments thereafter. [Dkt. No. 5.] On July 9 and August 18, 2014, Plaintiff moved for extensions of time. [Dkt. Nos. 6, 8.] The Court granted both. [Dkt. Nos. 7, 9.] On September 29, 2014, Plaintiff filed a consent to collection of fees from his prison trust account. [Dkt. No. 10.]

   Nevertheless, Plaintiff's filing fee remains completely unpaid. Apparently, Plaintiff was released from custody, but took no steps to insure that, following his release and the deactivation of his trust account, his filing fee would be paid. Absent payment of that fee, Plaintiff's Complaint may be dismissed. *See, e.g.*, *Turner v. San Diego Cnty.*, 2014 WL 5800595, at *2-4 (S.D. Cal. Nov. 7, 2014) (after release, prisoner civil rights plaintiff still obliged to pay full filing fee); *Putzer v. Attal*, 2013 WL 4519351, at *1-3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 14-0611 VAP (JCG) | Date | February 13, 2015 |
|---|---|---|---|
| Title | *Richard Anthony Fuentez v. County of San Bernardino, et al.* | | |

(D. Nev. Aug. 23, 2013) (same); *Pimental v. Arpaio*, 2006 WL 1417979, at *1 (D. Ariz. May 18, 2006) (same).

  Additionally, Plaintiff has filed with the Court no notice of change of address. As such, his Complaint may also be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b); L.R. 41-6.

  Accordingly, within **fourteen days** of the date of this Order, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action, or portions thereof, should not be dismissed for failure to comply with a court order and/or prosecute. If Plaintiff pays the $350.00 filing fee within **fourteen days** of the date of this Order, he need not separately respond to this Order to Show Cause.

  **Plaintiff is cautioned that his failure to timely file a response will be deemed by the Court as consent to the dismissal of this action, or portions thereof, without prejudice.**

cc: Parties of Record

|  | 00 : 00 |
|---|---|
| | Initials of Preparer   kh |