**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD ANTHONY FUENTEZ, | Case No. ED CV 14-0611 VAP (JCG) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| COUNTY OF SAN BERNARDINO, *et al.*, | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination. No objections to the Report and Recommendation have been filed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1     Accordingly, IT IS ORDERED THAT:

2     1.     The Report and Recommendation is approved and accepted.

3     2.     Judgment be entered dismissing this action without prejudice.

4     3.     The Clerk serve copies of this Order and the Judgment on the parties.

5

6

7     DATED: April 9, 2015     _____

8                              HON. VIRGINIA A. PHILLIPS
                               UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28