# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANTHONY FUENTEZ, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SAN BERNARDINO, *et al.*, <br><br> Defendants. | Case No. ED CV 14-0611 VAP (JCG) <br><br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: April 9, 2015        _____

HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE